IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAX EATON and GAIL SANCHEZ-EATON,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CV-15-45-BU-BMM<br><br>**ORDER** |

Upon Unopposed Motion to Reset Scheduling Conference, (Doc. 13), and with good cause shown, **IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference scheduled for November 30, 2016 is **RESET for December 1, 2016 at 10:00 a.m. BY TELEPHONE. BOTH parties will appear by telephone**. The Court will contact the parties with the call-in number.

DATED this 7th day of November, 2016.

Brian Morris
United States District Court Judge

-1-