# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MAX EATON and GAIL SANCHEZ-EATON, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | 2:15-cv-0045-BU-BMM <br><br> **ORDER** |

This matter coming to be heard on the Notice of Settlement and Stipulation to Vacate the Scheduling Order entered in this case, and the Court finding good cause to do so, IT IS HEREBY ORDERED;

1. The Scheduling Order (Doc. 19) currently in effect in this case and as amended, is VACATED.

DATED this 1st day of August, 2017.

_____
Brian Morris
United States District Court Judge