**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

|  |  |
|---|---|
| MAX EATON and<br>GAIL SANCHEZ-EATON<br><br>     Plaintiffs,<br>  v.<br><br>THE UNITED STATES OF<br>AMERICA,<br><br>     Defendant. | 2:15-cv-0045-BU-BMM<br><br>**ORDER FOR DISMISSAL** |

IT IS HEREBY ORDERED that all claims between Plaintiff and Defendant are dismissed with prejudice. Each party shall bear their respective fees and costs.

DATED this 3rd day of October, 2017.

_____
Brian Morris
United States District Court Judge